IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:18-cv-00779-O |
| § | |
| UNITED STATES OF AMERICA, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Status Report (ECF No. 37), filed October 14, 2020. On December 6, 2018, the Court issued an order staying this case pending final resolution of a related matter pending before the Court: *Texas, et al. v. United States, et al.*, No. 7:15-cv-151 (N.D. Tex.) ("*Texas I*"). ECF No. 26. The Court maintained the stay while the parties proceeded with the appeal in *Texas I*. ECF No. 31. On July 31, 2020, the Fifth Circuit issued its decision in *Texas I*. *See Texas v. Rettig*, No. 18-10545, 2020 WL 4376829, — F.3d — (5th Cir. 2020). The Court the again maintained the stay until the period to seek rehearing or Supreme Court review lapsed. ECF Nos. 35-36. The parties now ask the Court to maintain the stay in this case until 30 days after all appellate avenues have been exhausted in *Texas I*. ECF No. 37. Accordingly, the Court maintains the stay and **ORDERS** the parties to submit a status report on this matter **within 30 days** following exhaustion of all appellate avenues in *Texas I*.

**SO ORDERED** on this **14th day** of **October, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE