IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:18-cv-00779-O |
| § | |
| UNITED STATES OF AMERICA et al., § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is Plaintiffs' Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 43), filed April 7, 2022. Thus, the Court **DISMISSES** this action. This is a Final Judgement.

**SO ORDERED** on this **8th day** of **April, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**